UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| PBC Investments, LLC and | ) | Case No.  6:07-bk-04919-KSJ |
| Telluride Enterprises, LLC, | ) | Case No.  6:07-bk-04920-KSJ |
| | ) | |
| Debtors. | ) | (Jointly Administered Under |
| | ) | Case No. 6:07-bk-4919-KSJ) |
| | ) | |

MEMORANDUM OPINION CONVERTING
DEBTORS' JOINTLY ADMINISTERED CHAPTER 11 CASE TO CHAPTER 7 CASE

On October 11, 2007, the debtors filed voluntary Chapter 11 petitions for relief under Title 11 of the United States Code.  On December 11, 2007, the Debtors-in-Possession filed a Motion to Dismiss (Doc. No. 120) their Chapter 11 bankruptcy cases stating that they are unable to propose and confirm a plan of reorganization, which came on for hearing on January 9, 2008.

Section 1112 of the Bankruptcy Code[1] provides that the decision whether to convert a Chapter 11 case to a Chapter 7 case "under the supervision of a Chapter 7 Trustee or to dismiss the case and relieve the Debtor of further court supervision is to be determined based solely on the 'best interest of creditors and the estate.'" In re Hamlin Terrace Health Care Center, 211 B.R. 997, 999 (Bankr.M.D.Fla.1996). In considering whether conversion is preferable to dismissal and the best interests of creditors, the court should consider a totality of all the facts and circumstances and the positions of parties in interest. The prime criterion for assessing the best interests of the estate is the maximization of its value as an economic enterprise. In re Staff Inv. Co., 146 B.R. 256, 261 (Bankr.E.D.Cal.1992).

---

[1] Unless otherwise stated, all references to the Bankruptcy Code herein refer to Title 11 of the United States Code.

Having considered the totality of facts and circumstances in regards to the best interest of creditors and the estate, in this case the Court finds it appropriate to convert the Chapter 11 case of PBC Investments, LLC, to a liquidating Chapter 7 case.[2] Accordingly, it is

ORDERED:

1. The Motion to Dismiss (Doc. No. 120) is granted to the extent that the case of PBC Investments, LLC, shall be converted to a Chapter 7 case.

2. The clerk is directed to convert the Chapter 11 case to a case under Chapter 7 of the Bankruptcy Code.

DONE AND ORDERED in Orlando, Florida, on the 11th day of January, 2008.

_____
KAREN S. JENNEMANN
United States Bankruptcy Judge

Copies provided to:

---

[2] Telluride Enterprises, LLC., already was converted to a Chapter 7 case pursuant to a separate order. (Case No. 6:07-bk-04920, Doc. No. 35).